In the Matter of the Assignment of GEORGE GROENCKE to RICHARD L. PLAHN for the Benefit of Creditors.

[SPECIAL TERM.]

(Decided December 23d, 1878.)

An assignee for the benefit of creditors and the sureties on his bond will not be discharged until after the assignee has advertised for claims, and has accounted, although a composition with all the creditors has been made and the amount thereof paid to them.

APPLICATION by an assignor and assignee under a general assignment for the benefit of creditors for the discharge of the assignee and the sureties on his bond and the re-assignment by him to the assignor of any assets of the assigned estate remaining in his hands.

The applicants showed, by affidavits, the making of the assignment, a subsequent meeting of the creditors, upon notice to all of them, the execution of a composition deed by all the creditors, and payment to them of the amount of the composition. Personal notice to all the creditors of the application was also shown.

VAN HOESEN, J.—Motion for a discharge of the assignee denied. The assignee must advertise for claims. We never discharge without such an advertisement. Besides, there can be no discharge without an accounting. These *ex parte* proceedings for a composition may be right; no one can tell; but no discharge can be obtained upon them.

Application denied.